IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAT&K, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0492 |
| ) | Judge Trauger |
| BUDDY W. GREGORY and KEITH L. ) | |
| BARTON, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that the plaintiff shall file another status report as to the plaintiff's claims against defendant Barton by July 18, 2012.

It is so **ORDERED**.

ENTER this 19th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge