IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAT&K, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0492 |
| ) | Judge Trauger |
| BUDDY W. GREGORY and KEITH L. ) | |
| BARTON, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby **ORDERED** that the plaintiff shall file another status report on or before August 14, 2014 as to the status of the plaintiff's claims against defendant Barton.

It is so **ORDERED**.

ENTER this 20th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge